

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MALESSA PARTNERS, L.L.C.<br>an Illinois limited liability corporation,<br><br>    Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS, INC., a Delaware<br>corporation<br><br>    Defendant. | **07CV3025**<br>**JUDGE DER YEGHIAYAN**<br>**MAG. JUDGE DENLOW**<br><br>**JURY TRIAL DEMANDED** |

### FINANCIAL DISCLOSURE PURSUANT TO F.R.C.P. 7.1 AND L.R. 3.2

Pursuant to FRCP 7.1 and LR 3.2, the following disclosure is made on behalf of the plaintiff,

Malessa Partners, L.L.C.:

1.    There is no parent corporation of Malessa Partners, L.L.C.

2.    There are no publicly held corporations that own 10% or more of the stock of Malessa

Partners, L.L.C.

Dated: May 30, 2007

Mark W. Hetzler
Jon A. Birmingham
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
Telephone:312-577-7000

*Attorneys for Malessa Partners, L.L.C.*

**⌐ FILED**

**MAY 3 0 2007**
5-30-07
446795
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**